UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 19, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| James Parker, | § |
| Plaintiff, | § |
| versus | §  Civil Action No. H-20-2771 |
| Andrew Saul, | § |
| Defendant. | § |

# Final Judgment

Because substantial evidence supports the commissioner's decision, James Parker takes nothing from Andrew Saul. (16) (17)

Signed on May _19_, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge